# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      CASE NO. 6:20-cr-10016-GEB

**ROLAND KEITH VANDENBERG,**

      **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 29, 2019, in the District of Kansas, the defendant,

**ROLAND KEITH VANDENBERG,**

did knowingly assault, impede, intimidate, and interfere with S.G. and S.K. who are each an employee of the United States, or of any agency in any branch of the United States Government, while they were engaged in the performance of their official duties, and told them that he was going to burn them with battery acid.

In violation of Title 18, United States Codes, §§ 111 and 1114.

**A TRUE BILL.**

January 28, 2020                                    s/Foreperson
DATE                                                FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
SMcAllister@usa.doj.gov

[It is requested that jury trial be held in Wichita, Kansas.]